IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF JUSTIN PAUL SMITH BY CHRISTINA A. SMITH,** *INDIVIDUALLY AND AS WIFE AND AS CO-ADMINISTRATRIX*; **GIANNA SMITH,** *INDIVIDUALLY AND AS DAUGHTER AND CO-ADMINISTRATRIX* **& LISA GAVIN,** *ON BEHALF OF HER MINOR SON JUSTIN SMITH* <br> v. <br><br> **CITY OF PHILADELPHIA & OFFICER KURT MCKEE** | **CIVIL ACTION** <br><br> **NO. 21-4395** |

**ORDER**

**AND NOW**, this 20th day of January, 2022, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 2) is **DENIED** as **MOOT** because Plaintiff filed an Amended Complaint on October 26, 2021 (ECF 6).

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\21-4395\Justin Smith v. Phila, Order Denying MTD as Moot.doc