IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ESTATE OF JUSTIN PAUL SMITH, ET AL.** *Plaintiffs*, <br><br> v. <br><br> **CITY OF PHILADELPHIA, ET AL.** *Defendants*. | **CIVIL ACTION** <br><br> **NO. 21-4395** |
|---|---|

## ORDER

**AND NOW**, this 7th day of November, 2024, it is hereby **ORDERED:**

1. Plaintiffs' Motion to Compel (ECF 43) is **DENIED**;

2. Defendants' Motion for Sanctions (ECF 40) is **DENIED**;

3. Discovery is re-opened until November 21, 2024;

4. Defendants shall take the deposition of Plaintiff Gianna Smith on November 21, 2024;

5. Plaintiffs shall take the deposition of Defendant Officer Curt McGee within **ten (10) days** of this order and Plaintiffs shall have no longer than **three (3) hours** to take the deposition;

6. The deadline for dispositive motions remains November 30, 2024.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**