# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF JUSTIN PAUL SMITH, ET AL.**<br>*Plaintiffs*,<br><br>          v.<br><br>**CITY OF PHILADELPHIA, ET AL.**<br>*Defendants*. | **CIVIL ACTION**<br><br>**NO. 21-4395** |

## ORDER ON SUMMARY JUDGMENT

**AND NOW**, this 16th day of January 2025, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 47) is **GRANTED**. The Clerk of the Court is ordered to close this case.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-4395 Estate of John Paul Smith et al v. City of Phila et al\21-4395 Order re Motion for Summary Judgment.docx