IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF JUSTIN PAUL SMITH, ET AL., | : |
| | : |
| Plaintiffs, | : Case No. 2:21-CV-04395 |
| | : |
| vs. | : |
| | : |
| CITY OF PHILADELPHIA, ET AL., | : |
| | : |
| Defendants. | : |

## **NOTICE OF APPEAL**

AND NOW, comes the Plaintiffs, by and through their undersigned counsel, and hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered on January 16, 2025.

                                          VAN DER VEEN, HARTSHORN & LEVIN

DATE: 2/13/25                BY: /s/ Daniel J. Devlin
                                                Daniel J. Devlin
                                                Attorney for Plaintiffs
                                                Attorney ID No. 306573
                                                1219 Spruce Street
                                                Philadelphia, PA 19107
                                                P: 215-546-1000
                                                F: 215-546-8529
                                                E: ddevlin@mtvlaw.com